IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JULIO DE LIMA SILVA,

    Plaintiff,

STATE OF WISCONSIN,
DEPARTMENT OF CORRECTIONS,
QUALA CHAMPAGNE,
ANDREA BAMBROUGH,
DAVID HICKS, and
JOANN SKALSKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-128-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have now been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants State of Wisconsin, Department of Corrections, Quala Champagne, Andrea Bambrough, David Hicks, and JoAnn Skalski against plaintiff Julio de Lima Silva granting defendants' motion for summary judgment and dismissing this case.

    s/ K. Frederickson, Deputy Clerk         June 20, 2018
    Peter Oppeneer, Clerk of Court              Date