UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Julio de Lima Silva,

                **Plaintiff,**

v.

State of Wisconsin,
Department of Corrections, et al.,

                **Defendants.**

**NOTICE OF APPEAL**

Case No. 17-cv-128

---

Notice is hereby given that Julio de Lima Silva, Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered on June 19, 2018 and Final Judgment entered on June 20, 2018, in favor of Defendant, State of Wisconsin, Department of Corrections, et al., and against Julio de Lima Silva, granting Defendants' Motion for Summary Judgment and dismissal.

Dated: 7/17/18

                                      BAKKE NORMAN, S.C.

                                      By: _____
                                      Peter M. Reinhardt
                                      Attorney No. 1025187
                                      2919 Schneider Avenue SE, P.O. Box 280
                                      Menomonie, WI 54751-0280
                                      (715) 235-9016
                                      preinhardt@bakkenorman.com

                                      Attorneys for State of Wisconsin,, Department of Corrections, et al.

1